IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| Y.A.P.A.,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br>*Respondents–Defendants*. | Case No. 4:25-cv-144-CDL-CHW |

### ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

The Parties have submitted a Joint Motion to Stay Proceedings in this matter. For good cause shown, the Court **GRANTS** the Motion to Stay and **ORDERS** the following:

- All deadlines and all proceedings in this matter are stayed until Respondents designate Petitioner as an "alien enemy" subject to the Alien Enemies Act.

- If such designation occurs, the Parties will jointly notify the Court and propose a briefing schedule on the issue of what process is appropriate.

- The preliminary injunction entered on May 21, 2025 (ECF No. 22) remains in effect.

**SO ORDERED,** this 27th day of June 2025.

S/Clay D. Land
UNITED STATES DISTRICT JUDGE